

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2018

No. 04-18-00557-CV

**In re Der Dream LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Karen Angelini, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On August 8, 2018, relator filed a petition for writ of mandamus and a motion for emergency relief. After considering the petition and the record provided with the petition, this court concludes that based on the mandamus record relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency relief is also DENIED. The court's opinion will issue at a later date.

It is so **ORDERED** on August 9, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-16004, styled *Robert R. Gonzalez v. Der Dream, LLC and Wienerschnitzel DFW ADI, LLC*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Renée Yanta presiding.